**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ANDREW PASQUALE CHAFFER,
                    *Petitioner-Appellant,*

v.

K. PROSPER; BILL LOCKYER,
Attorney General,
                    *Respondents-Appellees.*

No. 07-16853

D.C. No.
CV-06-00950-LKK
Eastern District
of California,
Sacramento

ORDER
PUBLISHING
ORDER
CERTIFYING
QUESTIONS TO
THE CALIFORNIA
SUPREME COURT

Filed September 9, 2008

Before: Diarmuid F. O'Scannlain and Barry G. Silverman,
Circuit Judges, and James K. Singleton,*
Senior District Judge.

---

**ORDER**

The Order Certifying Questions to the California Supreme
Court, filed on September 2, 2008, is hereby published.

IT IS SO ORDERED.

---

*The Honorable James K. Singleton, United States District Judge for
the District of Alaska, sitting by designation.

12475

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.